**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | <u>INDICTMENT</u> |
| **BYRON L. BANKS,** | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | 18 U.S.C. §§ 922(g)(9) and 924(a)(8) |
| | 18 U.S.C. § 924(c)(1)(A)(i) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**(Felon in Possession of a Firearm)**

1.      On or about August 3, 2023, in the Southern District of Ohio, the defendant, **BYRON L. BANKS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a black, semi-automatic 9mm Glock 48 pistol, bearing serial number BKMU318, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

<u>**COUNT TWO**</u>
**(Possession of a Firearm After a Domestic Violence Conviction)**

2.      On or about August 3, 2023, in the Southern District of Ohio, the defendant, **BYRON L. BANKS**, knowing he had previously been convicted of a

misdemeanor crime of domestic violence, knowingly possessed a firearm, specifically, a black, semi-automatic 9mm Glock 48 pistol, bearing serial number BKMU318, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).**

## COUNT 3
**(Possession with Intent to Distribute Fentanyl)**

3.      On or about August 3, 2023, in the Southern District of Ohio, the defendant, **BYRON L. BANKS**, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 4
**(Possession with Intent to Distribute Methamphetamine)**

4.      On or about August 3, 2023, in the Southern District of Ohio, the defendant, **BYRON L. BANKS**, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 5
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

5.      On or about August 3, 2023, in the Southern District of Ohio, the

2

defendant, **BYRON L. BANKS**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl and possession with intent to distribute methamphetamine, as charged in Counts 3 and 4 of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## FORFEITURE ALLEGATIONS

6.     The allegations from Count 1 and Count 2 are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

7.     Upon conviction of any of the offenses alleged in Count 1 and Count 2, the defendant, **BYRON L. BANKS**, shall forfeit to the United States any firearms or ammunition involved or used in such offense(s), including, but not limited to: a black, semi-automatic 9mm Glock 48 pistol, bearing serial number BKMU318, and any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**


*s/Foreperson*
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**